AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
WESTERN District of TEXAS

| | |
|---|---|
| United States of America<br>v.<br>SANTIAGO SANCHEZ-CORTINA<br><br>*Defendant(s)* | Case No. SA-23-MJ-1719 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 12, 2023 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1)(A) & 18 U.S.C. § 922(g)(5) | Possession with Intent to Distribute a Controlled Substance; and Illegal Alien in Possession of a Firearm.<br><br>Penalties: 10 Years to Life Imprisonment; $10 Million Fine; Minimum 5 Years Supervised Release; and $100 Mandatory Special Assessment and Up to 15 years Imprisonment, $250,000 fine, 3 years Supervised Release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

TFO Bryan Smith, DEA
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 12/13/2023

*Judge's signature*

City and state: San Antonio, Texas        Richard B. Farrer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Bryan Smith, having been first sworn oath, do duly depose and state as follows:

### BACKGROUND

1. I am a Task Force Officer with the Drug Enforcement Administration at the San Antonio District Office and have been since 2012. I have been employed with the Bexar County Sheriff's Office since February 2003. In 2010, I was assigned to the Bexar County Narcotics Unit and from 2012 to the present I have been assigned to the DEA San Antonio District Office as a Task Force Officer. I have been deputized by the DEA as Task Force Officer which allows me to enforce state and federal laws primarily pertaining to narcotics related investigations and/or violations. I have made numerous State and federal arrests for narcotics related violations which have resulted in successful prosecutions.

2. I have worked on numerous investigations and assisted other federal, state, and local law enforcement agents and officers in their investigations on cases involving violations of Title 21, United States Code, Section 841(a)(1), the manufacture of, distribution of and possession with intent to distribute controlled substances and Title 21, United States Code, Section 846, conspiracy to commit the foregoing. Specifically, those investigations have focused on the manufacture and distribution of marijuana, methamphetamine, heroin, pharmaceutical pills, and cocaine. I am familiar with, and have participated in, all of the conventional investigative methods, including, but not limited to, electronic surveillance, visual surveillance, questioning of witnesses, search warrants, confidential informants, pen registers, trap and trace, and the use of undercover agents. Through my training and experience, I have become acquainted with the identification of various controlled substances. I have also become acquainted with the various methods used by individuals to possess, transport, and sell controlled substances in violation of federal law.

### PROBABLE CAUSE

3. On December 12, 2023, DEA TAG and the Bexar County Sheriff Office Street Crimes Unit worked in conjunction to execute a federal search warrant at the residence belonging to Santiago SANCHEZ-CORTINA located at the 2000 block of Pinn Rd, San Antonio, Texas. When law enforcement entered the residence, they encountered Santiago SANCHEZ-CORTINA and three other men in the living room area. In the bedroom, law enforcement encountered a woman and three young children. All adult occupants were detained without incident and escorted outside of the residence.

4. Once the residence was secured, BCSO K9 assisted with a search showing positive alerts throughout the residence. At the conclusion of the K9 search, TFO Ralph Pinilla read SANCHEZ-CORTINA his Miranda rights in Spanish. He stated he understood his rights and agreed to cooperate with law enforcement.

5. SANCHEZ-CORTINA was asked if there were any narcotics or firearms inside the residence and he stated "yes". He was then asked if he would be willing to point out the narcotics and firearms to which he stated "yes". SANCHEZ-CORTINA stated there was approximately over

half a kilogram of crystal methamphetamine inside of cabinet in the kitchen and that a firearm was in the bedroom. SANCHEZ-CORTINA was escorted inside the residence and pointed out a gallon sized Ziploc bag containing a large amount of crystal methamphetamine. Inside the same cabinet, there was another gallon sized Ziploc bag that contained nine individually packaged ounce quantities of cocaine. SANCHEZ-CORTINA was then escorted to the bedroom where SANCHEZ-CORTINA pointed out a SCCY, model CPX-1, 9mm, semi-automatic pistol, bearing serial # C316965 that was inside a dresser drawer.

6. According to SANCHEZ-CORTINA, he sold kilograms of crystal methamphetamine for $3,500-$4,000 each, ounces for $200-$250 each, and each half ounce for $180. SANCHEZ-CORTINA stated that he purchased each kilogram of crystal methamphetamine from his source of supply for $2,700. SANCHEZ-CORTINA stated that the recovered pistol was for protection which is common practice for drug traffickers to protect their product and drug proceeds from being robbed from rival drug traffickers. SANCHEZ-CORTINA also admitted that he was in the United States illegally.

7. The crystal methamphetamine field tested positive for methamphetamine and had an approximate gross weight of 1,034.07 grams. The cocaine field tested positive for cocaine and had an approximate gross weight of 279.60 grams.

Based on the above, there is probable cause to believe that Santiago SANCHEZ-CORTINA possessed with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A), and was an illegal alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5).

_____
Bryan Smith
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed to telephonically the __13th__ day of December, 2023.

_____
Hon. Richard B. Farrer
United States Magistrate Judge